# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00103-CV

**Appellant, Fredericksburg Remodeling Company, Inc.// Cross-Appellants, Patrick Fisher and Stephanie Fisher**

**v.**

**Appellees, Patrick Fisher and Stephanie Fisher// Cross-Appellee, Fredericksburg Remodeling Company, Inc.**

## FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
## NO. CV08971, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We received Fredericksburg Remodeling Company's notice of appeal on February 17, 2023, and cross-appellants Patrick Fisher and Stephanie Fisher's notice of appeal in May 2023. On August 2, 2023, Fredericksburg Remodeling Company (Fredericksburg Remodeling) "file[d a] Notice of Nonsuit as to all causes of action asserted against Appellee and Defendant." On August 10, the Fishers filed a "Notice of Nonsuit of all claims of lower Court error or causes of action against Fredericksburg Remodeling . . . ." Neither of these filings were accompanied by a certificate of conference. *See* Tex. R. App. P. 10.1(a). Neither party moved us to dismiss the appeal.

On August 28, 2023, we instructed the parties to file either an agreed motion to dismiss the appeal and cross-appeal or a status report by September 5, 2023. *See* Tex. R. App. P.

10.1 and 42.1. The parties did not file anything in response to our notice. On October 11, 2023, we notified the parties that Fredericksburg Remodeling's brief was due on June 23, 2023, and neither the brief nor a motion for extension of time to file the brief had been filed. We instructed the parties that we may dismiss the appeal for want of prosecution if Fredericksburg Remodeling did not file a brief or a motion for extension of time to file a brief by October 23, 2023. *See* Tex. R. App. P. 42.3. Fredericksburg Remodeling did not file anything in response to our notice. Accordingly, we dismiss this appeal and cross-appeal for want of prosecution. *See id.*, 38.8(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: December 15, 2023